**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Alvin Christopher BRYANT, a.k.a.
Itchy, Defendant–Appellant.**

**No. 10–14602
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 8, 2011.

Lennard B. Register, III, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, Stephen M. Kunz, Assistant U.S. Attorney, Michael Thomas Simpson, Thomas F. Kirwin, U.S. Attorney's Office, Tallahassee, FL, for Plaintiff–Appellee.

Randolph P. Murrell, Gwendolyn L. Spivey, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, MARTIN and BLACK, Circuit Judges

PER CURIAM:

Randolph P. Murrell and Gwendolyn Spivey, appointed counsel for Alvin Christopher Bryant in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Bryant's convictions and sentences are **AFFIRMED.**